HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLAN BENDER AND LINDSAY BENDER, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, an insurer,<br><br>Defendant. | Case No. 2:22−cv−01765−JCC<br><br>**ORDER GRANTING MOTION TO WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>{Clerk's Action Required}<br><br>[~~Proposed~~]<br><br>{NOTE ON MOTION CALENDAR: October 27, 2023} |

THIS MATTER has come before the Court on the Plaintiffs' Motion for the Withdrawal and Substitution of Counsel. The Court has reviewed the court file and pleadings submitted, including:

1. The Parties' Motion for Withdrawal and Substitution of Counsel:

2. The Declaration of Heather N. Derenski with exhibits;

[~~PROPOSED~~] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No. 2:22−cv−01765−JCC
Page 1 of 4

CASCADE LAW PLLC
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

Being fully advised on the issues, the Court FINDS and ORDERS the following:

1. The withdrawal of Umar I. Gebril, Joseph W. Moore, and Cascade Law, and the substitution of the new firm for Plaintiff's counsel, Heather N. Derenski, of Cedar View Law, PLLC is GRANTED;

2. Service of future documents or pleadings in this case shall be made to Cedar View Law, according to the Civil Rules and the following contact information:

   a. Heather N. Derenski
      108 Union Avenue
      Snohomish, WA 98290
      e: heather@cedarviewlaw.com
      p: (425) 460-0080

~~DONE~~ DATED this 13th day of October~~,~~ 2023.

*[signature: John C. Coughenour]*

HONORABLE JOHN C. COUGHENOUR
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No. 2:22−cv−01765−JCC
Page 2 of 4

CASCADE LAW PLLC
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

Presented by:

CASCADE LAW PLLC

By: s/Joseph W. Moore
Umar I. Gebril, WSBA No. 58227
Joseph W. Moore, WSBA No. 44061
Withdrawing Attorneys for Plaintiffs

CEDAR VIEW LAW, PLLC

By: s/Heather N. Derenski
Heather N. Derenski, WSBA No. 59366
Attorney for Plaintiff

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No. 2:22−cv−01765−JCC
Page 3 of 4

**CASCADE LAW PLLC**
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
**Case No.** 2:22−cv−01765−JCC
Page 4 of 4

**CASCADE LAW PLLC**
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law