THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLAN BENDER, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>                Defendant. | CASE NO. C22-1765-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend trial and related deadlines. (Dkt. No. 36.) The Court may modify its scheduling order on a showing of good cause. Fed. R. Civ. P. 16(b)(4). Based on the parties' representations, the Court finds good cause to extend the trial date and related deadlines. The Court hereby EXTENDS each as follows:

| | |
|---|---|
| Discovery Deadline | July 1, 2024 |
| Dispositive Motions Deadline | August 9, 2024 |
| Expert Disclosure Deadline | August 9, 2024 |

MINUTE ORDER
C22-1765-JCC
PAGE - 1

| | |
|---|---|
| Pretrial Order and Motions *in Limine* | November 1, 2024 |
| Verdict Forms and Jury Instructions | November 1, 2024 |
| Trial Briefs | November 4, 2024 |
| Trial Date | November 12, 2024 |

DATED this 18th day of January 2024.

                            Ravi Subramanian
                            Clerk of Court

                            s/Kathleen Albert
                            Deputy Clerk