THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DYLAN BENDER, *et al.*, | CASE NO. C22-1765-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial. Finding good cause, the Court continues trial to **April 14, 2025**, and establishes the following revised case management schedule:

| Event | Date/Deadline |
|---|---|
| Expert Disclosure | November 15, 2024 |
| Rebuttal Expert Disclosure | December 16, 2024 |
| Discovery Cutoff | January 3, 2025 |
| Filing Dispositive Motions | January 20, 2025 |
| Mediation | March 20, 2025 |

| Pretrial Order and Motions *in Limine* | April 1, 2025 |
| --- | --- |
| Proposed Verdict Forms and Jury Instructions | April 1, 2025 |
| Trial Briefs | April 4, 2025 |
| Jury Trial | April 14, 2025 |

DATED this 7th day of June 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk
