THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLAN BENDER and LINDSAY BENDER, | CASE NO. C22-1765-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on a LCR 7(h) motion for reconsideration by Plaintiffs (Dkt. No. 60). Defendant may file a response to that motion no later than March 25, 2025. It should not exceed six (6) pages of argument. No reply to that response is permitted. In addition, the Clerk is directed to renote the motion for reconsideration (Dkt. No. 60) to March 25, 2025.

//
//
//
//
//

MINUTE ORDER
C22-1765-JCC
PAGE - 1

DATED this 12th day of March 2025.

                                                Ravi Subramanian
                                                Clerk of Court

                                                s/Kathleen Albert
                                                Deputy Clerk